1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | HAROLD JENKINS,                              Case No.  1:13-cv-00038-LJO-SKO PC

11 |            Plaintiff,                       ORDER GRANTING MOTION AND
                                                DIRECTING CLERK'S OFFICE TO
12 |     v.                                      DETACH EXHIBIT B FROM AMENDED
                                                COMPLAINT AND OPEN A NEW CASE
13 | R. DAVIS, et al.,                           FOR PLAINTIFF

14 |            Defendants.                      (Docs. 17 and 18)
     _____/

15

16        On November 5, 2013, Plaintiff Harold Jenkins, a state prisoner proceeding pro se and in

17   forma pauperis, filed an amended complaint in compliance with the Court's order of October 28,

18   2013.  Plaintiff also filed a motion requesting that Exhibit B to the amended complaint be opened

19   as a new case.  The Court finds that Plaintiff has shown good cause for his request.

20        Accordingly, it is HEREBY ORDERED that:

21        1.    Plaintiff's motion is GRANTED; and

22        2.    The Clerk's Office shall detach Exhibit B from the amended complaint filed on

23   November 5, 2013, and open a new case.

24
     IT IS SO ORDERED.
25

26   Dated:    __November 6, 2013__            _____/s/ Sheila K. Oberto__
                                               UNITED STATES MAGISTRATE JUDGE
27

28