1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| HAROLD JENKINS, | Case No.  1:13-cv-00038-LJO-SKO PC |

Plaintiff,     ORDER DIRECTING CLERK'S OFFICE TO FILE MOTION IN CASE NUMBER 1:13-CV-01805-SAB AND STRIKING IT FROM DOCKET IN THIS CASE

v.

R. DAVIS, et al.,

Defendants.     (Doc. 20)
_____/

16    Plaintiff Harold Jenkins, a state prisoner proceeding pro se and in forma pauperis, filed this

17  civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2013.  Pursuant to the order filed

18  on November 6, 2013, a new case was opened for Plaintiff and assigned case number 1:13-cv-

19  01805-SAB PC.  Plaintiff filed a motion seeking preliminary injunctive relief in this case on

20  November 5, 2013, but the motion seeks relief based on events Valley State Prison, which are at

21  issue in case number 1:13-cv-01805-SAB PC.  Accordingly, the Clerk's Office is HEREBY

22  DIRECTED to file Plaintiff's motion (doc. 20) in case number 1:13-cv-01805-SAB PC and strike

23  it from the docket of this action.

24
25
IT IS SO ORDERED.
26

27  Dated:   **November 8, 2013**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28